```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 10804
   CLEOPATRA DWEH
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0177


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/31/2006 and was confirmed 11/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

     The case was dismissed after confirmation 11/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
AMERICAN COLLECTION          UNSECURED      NOT FILED           .00             .00
PROFESSIONAL ACCOUNT MGM     NOTICE ONLY    NOT FILED           .00             .00
PROFFESSIONAL ACCOUNT MG     NOTICE ONLY    NOT FILED           .00             .00
TCF BANK                     NOTICE ONLY    NOT FILED           .00             .00
TCF NATIONAL BANK            NOTICE ONLY    NOT FILED           .00             .00
BANKCARD SERVICES            UNSECURED      NOT FILED           .00             .00
CITY OF CHICAGO PARKING      UNSECURED         3122.00          .00             .00
CITY OF CHICAGO BUREAU P     NOTICE ONLY    NOT FILED           .00             .00
CITY OF CHICAGO BUREAU P     NOTICE ONLY    NOT FILED           .00             .00
CREDIT PROTECTION ASSOC      UNSECURED      NOT FILED           .00             .00
DEPENDON COLLECTION SE       UNSECURED      NOT FILED           .00             .00
CARY G SCHIFF & ASSOCIAT     NOTICE ONLY    NOT FILED           .00             .00
COMCAST                      UNSECURED      NOT FILED           .00             .00
COMCAST                      NOTICE ONLY    NOT FILED           .00             .00
COMCAST                      NOTICE ONLY    NOT FILED           .00             .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED           .00             .00
COMMONWEALTH EDISON          NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS DEPT OF EMPL0YM     UNSECURED         1868.00          .00             .00
ILLINOIS DEPT OF EMPL0YM     NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS SECRETARY OF ST     NOTICE ONLY    NOT FILED           .00             .00
INTERNATIONAL ORG MGMT       UNSECURED      NOT FILED           .00             .00
LUTHERAN IMMIGRATION & R     UNSECURED      NOT FILED           .00             .00
INTERCHURCH REF & IMMIGR     NOTICE ONLY    NOT FILED           .00             .00
MCI RESIDENTIAL SERVICES     UNSECURED      NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM     FILED LATE        1279.87          .00             .00
PROVIDIAN NATIONAL BANK      NOTICE ONLY    NOT FILED           .00             .00
MIDLAND FINANCE              UNSECURED      NOT FILED           .00             .00
NATIONWIDE ACCEPTANCE~       UNSECURED         1804.29          .00             .00
MEDCLR                       UNSECURED      NOT FILED           .00             .00
NCO FINANCIAL                UNSECURED          171.00          .00             .00
OLIVE HARVEY COLLEGE         UNSECURED      NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE     UNSECURED      NOT FILED           .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10804 CLEOPATRA DWEH
```

```
PROVIDIAN                  NOTICE ONLY    NOT FILED              .00              .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED              .00              .00
ASSET ACCEPTANCE LLC       UNSECURED       3204.75               .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY         477.42               .00              .00
LEDFORD & WU               DEBTOR ATTY    2,700.00                           2,679.92
TOM VAUGHN                 TRUSTEE                                             168.32
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                2,848.24

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,679.92
TRUSTEE COMPENSATION                              168.32
DEBTOR REFUND                                        .00
                       ---------------     ---------------
TOTALS                 2,848.24             2,848.24
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 02/26/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 10804 CLEOPATRA DWEH